# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 08 2010

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

|  |  |
|---|---|
| ANTHONY ANTHA SMITH,<br><br>*Plaintiff,*<br><br>v.<br><br>CHARLES A. MCCLURE,<br><br>*Defendant.* | CASE NO. 6:10-cv-00022<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff Anthony Antha Smith's Complaint filed *in forma pauperis*, and upon the Court's own motion pursuant to 28 U.S.C. § 1915(e).

For the reasons set forth in the accompanying Memorandum Opinion, the Complaint will be and hereby is DISMISSED, WITH PREJUDICE.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Plaintiff. The Clerk of the Court is further directed to strike this action from the Court's docket.

Entered this 8th day of June, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE